IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BLUE SKY NATURAL BEVERAGE
CO., INC., a New Mexico corporation,

    Plaintiff,

vs.                                                  Civ. No. 99-735 WWD/DJS

LIVINGSTON CHOCOLATE COMPANY, INC.,
a Tennessee corporation; EASTWEST FOODS, INC.,
a Delaware corporation; and GOOD KARMA FOODS,
INC., a Delaware corporation,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Unopposed Motion for Leave of Court to File First Amended Complaint filed by Plaintiff on April 11, 2000. The motion also seeks to extend pretrial deadlines previously set in this cause. I find that the motion is well taken and that it should be granted.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff may file its First Amended Complaint in this matter on or before <u>April 21, 2000</u>.

**IT IS FURTHER ORDERED** that the pretrial events in this matter shall be according to the following schedule, to wit:

    Discovery completed by August 18, 2000.

    Motion packages relating to discovery shall be filed by September 26, 2000.

Non-discovery pretrial motion packages shall be filed in accordance with D.N.M. LR-Civ. 7 by November 9, 2000.

Pretrial Order from Plaintiff to Defendants by November 13, 2000; pretrial order from Defendants to Court on or before November 27, 2000.

The settlement conference shall be held as scheduled on January 26, 2001.

_____
UNITED STATES MAGISTRATE JUDGE